GIL OLGUIN, Pro Per
5600 Grand Guiness Ct.
Las Vegas, NV 891301366
Tel. (702) 539-2063
Fax (702) 940-4087
Email: gmolguin@usa.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>DANIEL LEWIS HENDON,<br>    Debtor. | Chapter 11 Proceedings<br>Case No. 2:11-bk-21164-SHG<br>Adversary Case No. **2:16-ap-00127-SHG**<br>Adversary Case No. **2:16-ap00518-SHG** |
| Diversified Funding Group, LLC, et al.,<br>    Judgment Creditors,<br>    v.<br>Daniel L. Hendon, Debtor, et al.,<br>    Defendants. | *(filed in both Adversary Proceedings)*<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 54(b), applicable to adversary proceedings under Bankruptcy Rule of Civil Procedure 7054(a), these matters having come before the Court and the Court having granted Gil Olguin his Motions to Dismiss Plaintiffs' Amended Complaints, and all claims against him therein, with prejudice and without leave to amend, in both Adversary Proceedings No. 2:16-ap-00127-SHG and No. 2:16-ap-00518-SHG pursuant to and for the reasons set forth in the Court's Order Granting Motions to Dismiss, entered May 5, 2017, as DE 166 in Adversary Proceeding No. 2:16-ap-00127-SHG and DE 39 in Adversary Proceeding No. 2:16-ap-00518-SHG, and good cause therefore appearing,

IT IS HEREBY ORDERED:

1. All claims against Gil Olguin in Adversary Proceedings No. 2:16-ap-00127-SHG and No. 2:16-ap-00518-SHG are dismissed with prejudice.

2. Final Judgment in favor of Gil Olguin in No. 2:16-ap-00127-SHG and No. 2:16-ap-00518-SHG is entered.

1   IT IS HEREBY FURTHER ORDERED, that the Court finds there is no just reason for
2   delay in entering judgment and directs judgment be entered at this time pursuant to Federal Rule
3   54(b) and Federal Bankruptcy Rule 7054(a).
4
5   DATED AND SIGNED ABOVE.